IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARQUELIO RUIZ-RODRIGUEZ,          *
                                  *
        Plaintiff                 *
                                  *
vs.                               *      CIVIL NO. 98-1058 (JP)
                                  *
MANUEL MARTINEZ ARROYO,           *
                                  *
        Defendant                 *
                                  *
────────────────────────────────────

**FINAL JUDGMENT**

Pursuant to the Court's "Opinion and Order" (docket No. 32) of January 5, 2006, the Court hereby **DISMISSES** the Petitioner's Complaint for *habeas corpus* relief **WITHOUT PREJUDICE** for lack of jurisdiction due to Petitioner's failure to exhaust available State remedies.

This Judgment is entered without the imposition of costs and attorney's fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 18th day of January, 2006.


                          s/Jaime Pieras, Jr.
                          JAIME PIERAS, JR.
                       U.S. SENIOR DISTRICT JUDGE